751 A.2d 1044

IN THE MATTER OF LEON MARTELLI,
AN ATTORNEY AT LAW.

June 7, 2000.

**ORDER**

The Disciplinary Review Board on September 13, 1999, having filed with the Court its decision concluding that **LEON MARTEL-LI** of **CHERRY HILL**, who was admitted to the bar of this State in 1983, should be disciplined for violating *RPC* 1.3 (lack of diligence) *RPC* 1.4(a) (failure to communicate with client), *RPC* 1.15(d) (failure to comply with recordkeeping requirements of *R.*

1:21–6); and *R.* 1:21–7A (retainer agreements in matrimonial cases, deleted and replaced by *R.* 5:3–5, effective April 5, 1999);

And the Disciplinary Review Board having concluded that respondent should be required to submit a certification prepared by a certified public accountant approved by the Office of Attorney Ethics stating that respondent's books and records are being maintained in compliance with *R.* 1:21–6;

And good cause appearing;

It is ORDERED that **LEON MARTELLI** is hereby reprimanded; and it is further

ORDERED that within sixty days of the filing date of this Order respondent shall submit to the Office of Attorney Ethics a certification prepared by a certified public accountant approved by the Office of Attorney Ethics stating that respondent's books and records are being maintained in compliance with R. 1:21–6; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.